**Order entered January 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00261-CR
No. 05-13-00262-CR
No. 05-13-00263-CR
No. 05-13-00264-CR

**MARQUIS OBRIAN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56960-U, F13-57100-U, F12-71366-U, F13-71367-U**

## ORDER

On November 6, 2013, this Court ordered appellant to file his brief by December 13, 2013. We further warned that if the brief was not filed by that date, we would order appellant's appointed attorney J. Daniel Oliphant removed and would order that new counsel be appointed. To date, appellant's brief has not been filed.

Accordingly, we **ORDER** J. Daniel Oliphant removed as appellant's appointed attorney in these cases.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit the order appointing counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     DAVID EVANS
            JUSTICE